**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Nathaniel Murray, Petitioner.

Appellate Case No. 2012-212289

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal from Richland County
L. Casey Manning, Circuit Court Judge

———————

Memorandum Opinion No. 2014-MO-030
Heard June 24, 2014 – Filed July 16, 2014

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Assistant Public Defender Dayne C. Phillips and Appellate Defender Carmen V. Ganjehsani, both of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Assistant Deputy Attorney General David A. Spencer, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.

**PER CURIAM:**   We granted Nathaniel Murray's petition for a writ of certiorari to review the court of appeals' decision in *State v. Murray*, Op. No. 2012-UP-228 (S.C. Ct. App. filed Apr. 18, 2012).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**